UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | FALWELL, CLAYTON J. | § | Case No. 09-15068 |
| | | § | |
| | | § | |
| Debtor(s) | | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that EUGENE CRANE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 09/11/2012 in Courtroom 644, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/08/2012        By:    /s/Eugene Crane
                                       Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: FALWELL, CLAYTON J. § Case No. 09-15068
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 17,552.09 |
| *and approved disbursements of* | $ | 702.55 |
| *leaving a balance on hand of* [1] | $ | 16,849.54 |
| **Balance on hand:** | $ | 16,849.54 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 16,849.54 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 2,505.21 | 0.00 | 2,505.21 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 7,448.00 | 0.00 | 7,448.00 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 80.56 | 0.00 | 80.56 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd. | 920.00 | 0.00 | 920.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 10,953.77 |
| Remaining balance: | $ | 5,895.77 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 5,895.77

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 5,895.77

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 79,200.48 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 8,091.08 | 0.00 | 602.31 |
| 2 | Chase Bank USA NA | 5,166.66 | 0.00 | 384.61 |
| 3 | Chase Bank USA NA | 10,395.32 | 0.00 | 773.84 |
| 4 | Chase Bank USA NA | 10,950.00 | 0.00 | 815.13 |
| 5 | Sallie Mae, Inc. | 44,597.42 | 0.00 | 3,319.88 |

Total to be paid for timely general unsecured claims: $ 5,895.77
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/EUGENE CRANE
Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 09-15068-PSH
Clayton J. Falwell                                                        Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1            User: ahamilton           Page 1 of 2            Date Rcvd: Aug 09, 2012
                                Form ID: pdf006           Total Noticed: 11

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2012.
db           #+Clayton J. Falwell,    1023 W. Grace,    Apt. 3W,    Chicago, IL 60613-2972
13838051     +Chase - Cc,    Attention: Bankruptcy Department,    PO Box 15298,    Wilmington, DE 19850-5298
16018318      Chase Bank USA NA,    P.O. BOX 15145,    Wilmington DE 19850-5145
13838052     +Chase Manhattan Mortgage,    Attention: Research Dept. G7-PP,    3415 Vision Drive,
               Columbus, OH 43219-6009
13838053     +Citi,    Attn: Centralized Bankruptcy,    PO Box 20507,    Kansas City, MO 64195-0507
13838055      Illinois Collection Service, Inc.,    P. O. Box 1010,    Tinley Park, Illinois  60477-9110
13838057     +Student Loan Mkt Assn,    Attention: Bankruptcy Litigation Depart,    PO Box 6180,
               Indianapolis, IN 46206-6180
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15996315      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 10 2012 03:02:22      Discover Bank,
               Dfs Services LLC,    PO Box 3025,    New Albany, OH   43054-3025
13838054     +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 10 2012 03:02:22      Discover Fin Svcs Llc,
               Po Box15316,    Wilmington, DE 19850-5316
13838056     +E-mail/PDF: pa_dc_claims@salliemae.com Aug 10 2012 02:52:27      Sallie Mae,    Attn: Claims Dept,
               PO Box 9500,    Wilkes Barre, PA 18773-9500
16120198     +E-mail/PDF: pa_dc_claims@salliemae.com Aug 10 2012 02:03:21      sallie mae c/o,    sallie mae inc.,
               220 lasley ave.,    wilkes-barre pa 18706-1496
                                                                                               TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Edward C Pedersen
13838058     Thomas Romano
16018319*    Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
                                                                                      TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 11, 2012**                   **Signature:**   _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: ahamilton            Page 2 of 2                  Date Rcvd: Aug 09, 2012
                              Form ID: pdf006            Total Noticed: 11
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2012 at the address(es) listed below:
          Eugene  Crane    on behalf of Trustee Eugene Crane ecrane@craneheyman.com,
           jmunoz@craneheyman.com;dkobrynski@craneheyman.com;gheyman@craneheyman.com
          Eugene  Crane    ecrane@craneheyman.com,
           il41@ecfcbis.com;jmunoz@craneheyman.com;dkobrynski@craneheyman.com
          J Kevin  Benjamin    on behalf of Debtor Clayton Falwell courtnotices@blsllp.com,
           ecf@blsllp.com;jkb@blsplc.com;theresa@benjaminlaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Stewart A Chapman    on behalf of Creditor  Chase Home Finance LLC northerndistrict@atty-pierce.com
                                                                                                                               TOTAL: 5