# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: FALWELL, CLAYTON J.               § Case No. 09-15068
                                         §
                                         §
                                         §
Debtor(s)                                §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    EUGENE CRANE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $133,975.00 *(without deducting any secured claims)* | Assets Exempt: $5,000.00 |
| Total Distribution to Claimants: $5,895.77 | Claims Discharged Without Payment: $90,612.71 |
| Total Expenses of Administration: $11,656.32 | |

    3) Total gross receipts of $17,552.09 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $17,552.09 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $128,264.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 11,656.32 | 11,656.32 | 11,656.32 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 95,209.97 | 79,200.48 | 79,200.48 | 5,895.77 |
| **TOTAL DISBURSEMENTS** | $223,473.97 | $90,856.80 | $90,856.80 | $17,552.09 |

4) This case was originally filed under Chapter 7 on April 27, 2009. The case was pending for 45 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/24/2013          By: /s/EUGENE CRANE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Mackey Family Trust | 1149-000 | 17,551.39 |
| Interest Income | 1270-000 | 0.70 |
| **TOTAL GROSS RECEIPTS** | | **$17,552.09** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chase Manhattan Mortgage | 4110-000 | 128,264.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$128,264.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| EUGENE CRANE | 2100-000 | N/A | 2,505.21 | 2,505.21 | 2,505.21 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 7,448.00 | 7,448.00 | 7,448.00 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 80.56 | 80.56 | 80.56 |
| Popowcer Katten, Ltd. | 3410-000 | N/A | 920.00 | 920.00 | 920.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | | 36.01 | 36.01 | 36.01 |
| The Bank of New York Mellon | 2600-000 | N/A | | 34.74 | 34.74 | 34.74 |
| The Bank of New York Mellon | 2600-000 | N/A | | 38.26 | 38.26 | 38.26 |
| The Bank of New York Mellon | 2600-000 | N/A | | 35.79 | 35.79 | 35.79 |
| The Bank of New York Mellon | 2600-000 | N/A | | 38.00 | 38.00 | 38.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | | 14.11 | 14.11 | 14.11 |
| The Bank of New York Mellon | 2600-000 | N/A | | 34.35 | 34.35 | 34.35 |
| The Bank of New York Mellon | 2600-000 | N/A | | 35.45 | 35.45 | 35.45 |
| Illinois Department of Revenue | 2810-000 | N/A | | 305.00 | 305.00 | 305.00 |
| The Bank of New York Mellon | 2600-000 | N/A | | 34.18 | 34.18 | 34.18 |
| The Bank of New York Mellon | 2600-000 | N/A | | 38.22 | 38.22 | 38.22 |
| The Bank of New York Mellon | 2600-000 | N/A | | 33.44 | 33.44 | 33.44 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | | $11,656.32 | $11,656.32 | $11,656.32 |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 7,811.00 | 8,091.08 | 8,091.08 | 602.31 |
| 2 | Chase Bank USA NA | 7100-000 | 4,933.00 | 5,166.66 | 5,166.66 | 384.61 |
| 3 | Chase Bank USA NA | 7100-000 | 10,056.00 | 10,395.32 | 10,395.32 | 773.84 |
| 4 | Chase Bank USA NA | 7100-000 | 10,618.00 | 10,950.00 | 10,950.00 | 815.13 |
| 5 | Sallie Mae, Inc. | 7100-000 | 44,483.97 | 44,597.42 | 44,597.42 | 3,319.88 |
| NOTFILED | Student Loan Mkt Assn | 7100-000 | 2,625.00 | N/A | N/A | 0.00 |
| NOTFILED | Student Loan Mkt Assn | 7100-000 | 4,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Student Loan Mkt Assn | 7100-000 | 667.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Collection Service, Inc. | 7100-000 | 521.00 | N/A | N/A | 0.00 |
| NOTFILED | Student Loan Mkt Assn | 7100-000 | 438.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi | 7100-000 | 9,057.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $95,209.97 | $79,200.48 | $79,200.48 | $5,895.77 |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-15068  
**Case Name:** FALWELL, CLAYTON J.  

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 04/27/09 (f)  
**§341(a) Meeting Date:** 06/02/09  

**Period Ending:** 01/24/13  
**Claims Bar Date:** 11/10/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 9235 Parkway, Grosse Ile, MI 48138 | 128,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account w/Chase Bank | 250.00 | 0.00 | DA | 0.00 | FA |
| 3 | Apartment lease security deposit | 725.00 | 0.00 | DA | 0.00 | FA |
| 4 | Used household goods, furnishings, electronics | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Misc. books and pictures | 500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Necessary wearing apparel | 500.00 | 0.00 | DA | 0.00 | FA |
| 7 | Sports equipment | 100.00 | 0.00 | DA | 0.00 | FA |
| 8 | Mackey Family Trust | Unknown | 32,000.00 | | 17,551.39 | FA |
| 9 | Tax Refund | 1,900.00 | 975.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.70 | FA |
| 10 | **Assets Totals** (Excluding unknown values) | **$133,975.00** | **$32,975.00** | | **$17,552.09** | **$0.00** |

**Major Activities Affecting Case Closing:**

08/20: will hire special counsel to pursue claim in Mackey Family Living Trust

Hearing re: Petition for Supervision of Trust, for Order Requiring Payment of Specific Cash Bequests and Recoupment of Wasted Assets from Trustee is rescheduled to 10/28/09.(mjo)

12/30/10: retained special counsel; settlement needs to be collected (dk)

7/26/11 - Order entered authorizing settlement agt(mjo)

08/30/11: Received settlement proceeds, retained accountant to prepare taxes.

12/30/11: Checking claims to close case

**Initial Projected Date Of Final Report (TFR):**   December 31, 2012    **Current Projected Date Of Final Report (TFR):**   July 24, 2012 (Actual)

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 09-15068  
**Case Name:** FALWELL, CLAYTON J.  

**Taxpayer ID #:** **-***6764  
**Period Ending:** 01/24/13  

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******96-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/26/11 | {8} | Law Offices of Edward C. Pedersen, PLLC | Settlement from Mackey Family Estate (probate) | 1149-000 | 17,551.39 | | 17,551.39 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 17,526.39 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,526.53 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 36.01 | 17,490.52 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,490.66 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 34.74 | 17,455.92 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,456.06 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 38.26 | 17,417.80 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,417.94 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 35.79 | 17,382.15 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,382.29 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 38.00 | 17,344.29 |
| 02/28/12 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2011 FOR CASE #09-15068, Blanket Bond Premium; Bond #016026455 | 2300-000 | | 14.11 | 17,330.18 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 34.35 | 17,295.83 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 35.45 | 17,260.38 |
| 04/18/12 | 1002 | Illinois Department of Revenue | 2011 IL-1041-V; FEIN# 38-6996764 | 2810-000 | | 305.00 | 16,955.38 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 34.18 | 16,921.20 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 38.22 | 16,882.98 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 33.44 | 16,849.54 |
| 09/11/12 | 1003 | EUGENE CRANE | Dividend paid 100.00% on $2,505.21, Trustee Compensation; Reference: | 2100-000 | | 2,505.21 | 14,344.33 |
| 09/11/12 | 1004 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $7,448.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 7,448.00 | 6,896.33 |
| 09/11/12 | 1005 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $80.56, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 80.56 | 6,815.77 |
| 09/11/12 | 1006 | Popowcer Katten, Ltd. | Dividend paid 100.00% on $920.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 920.00 | 5,895.77 |
| 09/11/12 | 1007 | Discover Bank | Dividend paid 7.44% on $8,091.08; Claim# 1; Filed: $8,091.08; Reference: xxxx6081 | 7100-000 | | 602.31 | 5,293.46 |
| 09/11/12 | 1008 | Chase Bank USA NA | Dividend paid 7.44% on $5,166.66; Claim# 2; Filed: $5,166.66; Reference: xxxx2484 | 7100-000 | | 384.61 | 4,908.85 |
| 09/11/12 | 1009 | Chase Bank USA NA | Dividend paid 7.44% on $10,395.32; Claim# 3; Filed: $10,395.32; Reference:xxxx0252 | 7100-000 | | 773.84 | 4,135.01 |

Subtotals :   $17,552.09   $13,417.08

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-15068  
**Case Name:** FALWELL, CLAYTON J.

**Taxpayer ID #:** **-***6764  
**Period Ending:** 01/24/13

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******96-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/11/12 | 1010 | Chase Bank USA NA | Dividend paid 7.44% on $10,950.00; Claim# 4; Filed: $10,950.00; Reference:xxxx8894 | 7100-000 | | 815.13 | 3,319.88 |
| 09/11/12 | 1011 | Sallie Mae, Inc. | Dividend paid 7.44% on $44,597.42; Claim# 5; Filed: $44,597.42; Reference: xxxx9183 | 7100-000 | | 3,319.88 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 17,552.09 | 17,552.09 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 17,552.09 | 17,552.09 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$17,552.09** | **$17,552.09** | |

Net Receipts : 17,552.09  
Net Estate : $17,552.09

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # 9200-******96-65** | 17,552.09 | 17,552.09 | 0.00 |
| | **$17,552.09** | **$17,552.09** | **$0.00** |

{} Asset reference(s)      Printed: 01/24/2013 03:24 PM   V.13.11